**Henry Berau, Appellant, v. Daniel O'Connell, Respondent.**

*Berau* v. *O'Connell*, 80 Hun, 431, affirmed.
(Argued October 6, 1896; decided October 27, 1896.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered August 14, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term dismissing the complaint upon the merits, and also from an order of the General Term, made February 12, 1894, granting a reargument of the appeal thereto, and setting aside a former order thereof reversing the judgment appealed from.

*Hector M. Hitchings* for appellant.

*Charles J. Patterson* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.